RECEIVED
JAN 19 2023
RICHARD W. NAGEL, Clerk of Court
COLUMBUS, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

Jeffrey S. Grim
(Enter Above the Name of the Plaintiff in this Action)

vs.

Village of New Holland
(Enter above the name of the Defendant in this Action)

2:23 CV 0263
JUDGE MORRISON
MAGISTRATE JUDGE JOLSON

If there are additional Defendants, please list them:

_____

_____

_____

_____

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Jeffrey Scott Grim
Name - Full Name Please - PRINT

232 S. East St.
Street Address

New Holland, OH 43145
City, State and Zip Code

(740) 463-1379
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. __Village of New Holland__
Name - Full Name Please

__10 E. Front St. New Holland, OH 43145__
Address: Street, City, State and Zip Code

2. _____

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
[A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
[A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title __42__ United States Code, Section __1983__
[Other federal status giving the court subject matter jurisdiction.]

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

Feb. 28, 2019 Stopped by New Holland Police in illegal speed zone and threatened with unlawful towing untill provided my Insurance.

Dec 2021 Traveled thru same illegal speed zone @ 50 mph (its posted 35 illegally) and officer Followed me Home and stopped out front of my House staring, I gave him whats up hand gesture and he sped off. 1-2 hours later I went to office to file complaint and when he showed up he asked whats going on and when informed I was filing complaint, he responded well I am going to go get my Ticket book then was excessively forcemul and menacing and possibly caused me to believe I was arrested w-o cause because I was cussing him.
@ 5-7 days later he pulled me over for Distracted driving but I was not in violation of Ohio Texting law which is a secondary offense and he offered no primary offense occuring.

12-29-2022 ~~ifti~~ I was flipped off by officer after Traffic stop.

1-5-23 I was menaced by Police chief for my speech During that stop.

Everything is on video.

-3-

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption |     |     |
| --- | --- | --- | --- |
| _____ | _____ | vs. | _____ |
| _____ | _____ | vs. | _____ |
| _____ | _____ | vs. | _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

Damages not less than $150,000 for emotinal distress.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 19 day of Jan, 20 23.

_____
Signature of Plaintiff

-4-