UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JEFFREY S. GRIM,**

    **Plaintiff,** :

  v.                            **Case No. 2:23-cv-00263**
                                **Judge Sarah D. Morrison**
                                **Magistrate Judge Kimberly A.**
**VILLAGE OF NEW**               **Jolson**
**HOLLAND,** :

    **Defendant.**

## ORDER

On January 24, 2023, the Magistrate Judge issued a Report and Recommendation recommending that Plaintiff Jeffrey S. Grim's application to proceed *in forma pauperis* (ECF No. 1) be denied. (ECF No. 2.) Although Mr. Grim was advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so (*see* ECF No. 2), no objections have been filed. The Report and Recommendation is **ADOPTED** and **AFFIRMED**. (ECF No. 2.) For the reasons set forth therein, the application to proceed *in forma pauperis* (ECF No. 1) is **DENIED**. Mr. Grim is **ORDERED** to pay the $402 filing fee **within seven days** in order to proceed in this action.

    **IT IS SO ORDERED.**

                                            /s/ Sarah D. Morrison
                                            **SARAH D. MORRISON**
                                            **UNITED STATES DISTRICT JUDGE**